# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JAMES ANDERSON WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2: 04-CV-3013-WMA-PWG |
| ) | |
| DONAL CAMPBELL, et. al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM OPINION**

James Anderson Wright, an inmate at Limestone County Correctional Facility, filed a *pro se* civil action pursuant to 42 U.S.C. § 1983 in which he complains about conditions of confinement at the prison. He requests monetary relief. On July 1, 2005, the magistrate judge entered a report and recommendation in which he recommended plaintiff's claims be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b).

In response, plaintiff requested permission to conduct discovery and an extension of time to file objections to the report and recommendation. (Doc. 15 & 16). His request for permission to conduct discovery revealed that all actions giving rise to his complaint occurred either at Kilby Correctional Facility or the Montgomery Work Release Center. In response, the magistrate judge entered a supplemental report and recommendation, in which he recommended that plaintiff's case be transferred to United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. §1391(b), and that his requests for discovery and extension of time be DENIED. (Doc. 15 & 16). Plaintiff has no objections to the magistrate judge's supplemental report and recommendation. (Doc 18).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the supplemental report and recommendation and plaintiff's response thereto, the Court is of the opinion that the magistrate judge's report is due to be ADOPTED and the recommendation is ACCEPTED. Accordingly, plaintiff's motion for discovery and extension of time are due to be DENIED (doc. 15 & 16), and this action is due to be TRANSFERRED to the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. §1404(a).

An appropriate Order shall be entered.

DATED this 23rd day of September, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE